# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-7186** **September Term, 2025**

**1:25-cv-00750-SLS**

**Filed On: February 18, 2026** **[2159755]**

Newrez, LLC, doing business as Shellpoint Mortgage Servicing,

Appellee

v.

Janelle McDonald,

Appellee

William McDonald, Trustee from Tamias Life Foundation Trust,

Appellant

v.

Equity Trustees, LLC,

Appellee

**O R D E R**

It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution o f appellant’s motion for leave to proceed on appeal in forma pauperis filed December 2, 2025.

The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Scott H. Atchue
Deputy Clerk